United States District Court
Southern District of Texas
**ENTERED**
June 27, 2016
David J. Bradley, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

JONIQUE RAMON WEBSTER, §
TDCJ 1905668, §
 §
 §
*versus* § Civil Action H-16-1558
 §
JONI WHITE, §
      Defendant. §

## Opinion on Transfer

An inmate has sued state prison officers for violations of his civil rights at the Connally Unit. The prison and the officers are in Karnes County. Karnes County is in the San Antonio Division of the Western District of Texas. This case should be transferred to the district of the events under the discretionary general venue statutes since there is no venue specified in the Civil Rights Act. 28 U.S.C. § 1404(a); 28 U.S.C. § 1391; 42 U.S.C. §§ 1981, *et seq.*

This case will be transferred to the United States District Court for the Western District of Texas, San Antonio Division.

Signed at Houston, Texas, on June   27  , 2016.

 

Lynn N. Hughes
United States District Judge